Frances H. Sand, Appellant, v. Adolph H. Borman, Respondent, and Stephne V. White, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Aaron Seelig and Wolf Delson, Copartners, etc., Respondents, v. The Consolidated Veterinary Service Company, Appellant.— Judgment and order of the Muncipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Julius Silver, Appellant, v. Jahiel Rebhun, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of Goffe v. Jones (132 App. Div. 864). Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Samuel Silverstein, Respondent, v. Herman Galitzka, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred.

Joseph Socolof, Respondent, v. Samuel Sobel and Jacob Sobel, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Charles R. Thomas, Respondent, v. John H. Springer, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of Thomas v. Springer (ante, p. 640), decided herewith. Woodward, Jenks, Rich and Miller, JJ., concurred; Hirschberg, P J., dissented.

Michael Timpano, Appellant, v. Morning Journal Association and Star Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Title Guarantee and Trust Company, Plaintiff, v. Abraham Dubroff and Others, Defendants. Abraham Dubroff, Receiver, Appellant; City Real Estate Company, Purchaser, Respondent.— Order of the County Court affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Frank B. Torrey, as Executor, etc., of Edward Warren Day, Deceased, Respondent, v. Evelyn Day Bruner, Appellant, Impleaded with Charles E. Brennan, Defendant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks Burr and Miller, JJ., concurred.

Frank B. Torrey, as Executor, etc., of Edward Warren Day, Deceased, Respondent, v. Evelyn Day Bruner, Appellant, Impleaded with Philip Freed and Others, Copartners, Doing Business under the Firm Name of Philip & Com-

* Trial.— [REP.